UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

KAITLIN M. WICKSTROM,

        Plaintiff,

v.                              Case No. 04-C-844
                              Honorable William C. Griesbach

RIVERS BEND, INC., THOMAS
MCDONOUGH, JAMES MCDONOUGH, ABC
INSURANCE COMPANY and XYZ
INSURANCE COMPANY,

        Defendants.

---

### ORDER FOR SUBSTITUTION OF COUNSEL

---

Upon reading and filing the Stipulation for Substitution of Counsel of Defendants,

Rivers Bend, Inc. and Thomas McDonough, and their attorneys, Recka & Joannes, S.C., and on

motion of Davis & Kuelthau, s.c., on behalf of Defendant, James McDonough:

**IT IS HEREBY ORDERED** that Recka & Joannes, S.C. be substituted as the attorneys

of record for Defendants, Rivers Bend, Inc. and Thomas McDonough, in place of Davis &

Kuelthau, S.C. Davis & Kuelthau, S.C. shall remain counsel of record for James McDonough.

Dated this   12th   day of December, 2005.

                          BY THE COURT:

                          s/ William C. Griesbach
                          William C. Griesbach
                          District Court Judge